UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JERMAINE STUBBS, a/k/a/ "Bugga,"

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/13/2026

25 Cr. 467-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

An initial conference in this matter is set for **February 23, 2026**, at **4:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 13, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge