UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JERMAINE STUBBS, a/k/a/ "Bugga," and
DAVEON GREENE, a/k//a "Dee,"

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2026

25 Cr. 467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference currently set for April 13, 2026, at 12:00 p.m. for both Defendants in this action is ADJOURNED *sine die*.  The Court shall hold a status conference for Defendant Daveon Greene on **April 16, 2026**, at **10:00 a.m.**, in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Court shall discuss the conditions of Ms. Greene's pretrial release at the conference.  As to Defendant Greene, time is excluded until April 16, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial, and because the continuance will allow the parties to discuss a possible resolution of the case, review discovery, and prepare pretrial motions.

The Court shall hold a status conference for Defendant Jermaine Stubbs on **April 27, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  As to Defendant Stubbs, time is excluded until April 27, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial, and because the continuance will allow the parties to discuss a possible resolution of the case, review discovery, and prepare pretrial motions.

SO ORDERED.

Dated: April 8, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge