UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JERMAINE STUBBS, a/k/a/ "Bugga,"

Defendant.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:  _____          │
│ DATE FILED:  4/24/2026               │
└─────────────────────────────────────┘
```

25 Cr. 467-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At the joint request of the parties submitted via email, the Court ADJOURNS the status conference scheduled for April 27, 2026, to **June 16, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Time is excluded until June 16, 2026, under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).  The ends of justice served by granting such exclusion outweigh the best interests of the Defendant and the public in a speedy trial, because this exclusion will allow the parties to explore a potential pre-trial resolution of the case.  *See id*.

SO ORDERED.

Dated: April 24, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge