USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JERMAINE STUBBS, a/k/a/ "Bugga," and
DAVEON GREENE, a/k//a "Dee,"

Defendants.

25 Cr. 467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 13, 2026, the Court adjourned sentencing for Defendant Jermaine Stubbs to November 30, 2026. *See* ECF No. 54. The Court hereby adjourns sentencing for Defendant Daveon Greene to the same date. Sentencing for both Defendants shall be held **November 30, 2026**, at **2:00 p.m.**, in **Courtroom 15D** at the United States Courthouse, 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: October 27, 2026
New York, New York

ANALISA TORRES
United States District Judge