USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JERMAINE STUBBS, a/k/a/ "Bugga," and
DAVEON GREENE, a/k/a "Dee,"

Defendants.

25 Cr. 467 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing for Defendants Jermaine Stubbs and Daveon Greene is ADJOURNED to **December 14, 2026**, at **2:00 p.m.**, in Courtroom 15D at the United States Courthouse, 500 Pearl St., New York, New York 10007. All deadlines remain in force and unchanged.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge